MAGISTRATE'S CRIMINAL MINUTES
REMOVALS (RULE 40)

FILED IN OPEN COURT

DATE: 7/25/13 @ 4:30

MAGISTRATE JUDGE E. CLAYTON SCOFIELD III

TAPE: FTR

ANGELA SMITH DEPUTY CLERK

TIME IN COURT: 29 mins

CASE NUMBER 1:13-mj-1048
DEFENDANT'S NAME Michelle Ann Williams
AUSA Mary Roemer
DEFENDANT'S ATTY Victoria Calvert
Type Counsel (circle)   Retained   CJA   (FDP)
USPO _____

_____ Interpreter

✓ Initial appearance hearing held.
✓ Defendant informed of rights.
✓ ORDER appointing Federal Defender Program attorney for defendant.
___ ORDER appointing _____ attorney for defendant.
___ ORDER defendant shall pay attorney's fees as follows: _____

✓ Defendant WAIVES removal hearing (as to identity only).   ✓   WAIVER FILED.
___ Defendant WAIVES preliminary hearing (___ In this district only).   ___ WAIVER FILED.
___ Removal hearing set/reset/cont to _____ @ _____
___ Removal hearing HELD. ___ Probable Cause found. ___ Defendant held for removal.
___ Defendant identified as named defendant in allegations. Defendant held for removal to other district.
___ Defendant ordered removed to other district.
___ Commitment issued _____

### BOND/PRETRIAL DETENTION HEARING

✓ Government oral motion for detention filed. Hearing set for 8/5/13 @ 10:30
___ BOND/PRETRIAL DETENTION HEARING HELD ___ Requested in charging district.
___ Government's motion for detention ___ GRANTED ___ DENIED
___ Pretrial detention ORDERED. (Written order to follow ___).
___ BOND SET at $_____
    ___ NON-SURETY
    ___ SURETY/CASH: ___ Property Acceptable: ___ Corporate Surety Only
    ___ Combination: _____
___ SPECIAL CONDITIONS: _____

___ BOND FILED. Defendant RELEASED.
___ BOND NOT EXECUTED. DEFENDANT TO REMAIN IN MARSHAL'S CUSTODY.
___ SEE PAGE 2